

**SO ORDERED.**
**SIGNED this 3rd day of July, 2018**


Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

SANDRA G. BROWN

    Debtor

Case No. 3:17-bk-30221-SHB
Chapter 7

In re

EVA JEAN GRIFFITH

    Debtor

Case No. 3:17-bk-30434-SHB
Chapter 7

In re

DEBI KAY ASH
aka DEBI BOODY

    Debtor

Case No. 3:17-bk-30477-SHB
Chapter 7

In re

ANDREW ROBERT VENUK
CASSANDRA RENEE VENUK

    Debtors

Case No. 3:17-bk-30485-SHB
Chapter 7

| | |
|---|---|
| In re<br><br>JENNIFER LYNN ANNABLE<br>aka JENNIFER LYNN DAY<br><br>        Debtor | Case No. 3:17-bk-30681-SHB<br>Chapter 7 |
| In re<br><br>TROY RODNEY SENSABOY<br>ASHLEY DIANNE SENSABOY<br>fka ASHLEY DIANE MARTIN<br><br>        Debtors | Case No. 3:17-bk-30753-SHB<br>Chapter 7 |
| In re<br><br>DAVID WAYNE MAYES<br>MARILYN JOYCE MAYES<br>fka MARILYN JOYCE PAXTON<br>fka MARILYN JOYCE WARNER<br><br>        Debtors | Case No. 3:17-bk-30767-SHB<br>Chapter 7 |
| In re<br><br>CLIFFORD JEFFREY COLLETT<br><br>        Debtor | Case No. 3:17-bk-31254-SHB<br>Chapter 7 |
| In re<br><br>JENNIFER NICOLE ROBERTS<br>fka JENNIFER NICOLE HERMAN<br><br>        Debtor | Case No. 3:17-bk-31543-SHB<br>Chapter 7 |
| In re<br><br>HEATHER D. KIRKLAND<br><br>        Debtor | Case No. 3:17-bk-31678-SHB<br>Chapter 13 |

| | |
|---|---|
| In re | |
| | Case No. 3:17-bk-31918-SHB |
| ROY V. TAYLOR | Chapter 13 |
| Debtor | |
| In re | |
| | Case No. 3:17-bk-32158-SHB |
| PERRY LEE DUPREE | Chapter 13 |
| Debtor | |
| In re | |
| | Case No. 3:17-bk-32376-SHB |
| AUSTIN T. ROBERTS | Chapter 7 |
| aka AUSTIN WAYNE ROBERTS | |
| Debtor | |
| In re | |
| | Case No. 3:17-bk-32815-SHB |
| MELISSA A. MADDEN | Chapter 7 |
| Debtor | |
| In re | |
| | Case No. 3:17-bk-33145-SHB |
| JOSHUA G. WEBB | Chapter 7 |
| TRESSA L. WEBB | |
| Debtors | |
| In re | |
| | Case No. 3:17-bk-33204-SHB |
| SANDRA T. BENNETT | Chapter 7 |
| Debtor | |
| In re | |
| | Case No. 3:17-bk-33413-SHB |
| LAWRENCE J. MCFARLAND | Chapter 7 |
| MARTHA E. MCFARLAND | |
| Debtors | |

| In re | Case No. 3:18-bk-30299-SHB |
|---|---|
| JASON A. EDINGTON | Chapter 7 |
| LINDA C. EDINGTON | |
| Debtors | |

| In re | Case No. 3:18-bk-31418-SHB |
|---|---|
| TRESSA LYNNE WEBB | Chapter 7 |
| Debtor | |

### **O R D E R**

The Court, on its own motion, directs that the show-cause hearing scheduled for July 27, 2018, is CANCELLED pending further order of the Court.

###